FILED

2021 AUG -2  PM 12: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States | | CASE NUMBER |
| | PLAINTIFF(S) | 20-9254-002 MJ    21MJ03564 |
| v. | | |
| Terra Gene "Yaya" Webster | | **DECLARATION RE** |
| | | **OUT-OF-DISTRICT WARRANT** |
| | DEFENDANT(S). | |

The above-named defendant was charged by: _____

in the _____ District of Arizona _____ on 09/15/2020

at 1230 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about 07/23/2020

in violation of Title 18 _____ U.S.C., Section(s) 1591(a), 1591(b)(1) and 2423(a)

to wit: Sex trafficking of children or by force, fraud, or coercion and transportation of minors w/ intent to engage in criminal sexual

A warrant for defendant's arrest was issued by: United States Magistrate Judge Eileen S. Willett

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ 7/30/21 ____
                     Date

_____          Dwight Min
Signature of Agent                Print Name of Agent


Homeland Security Investigations          Special Agent
Agency                                    Title

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT