| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2021 AUG -2 PM 12: 23 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES  BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER:  20-9254-001 MJ |
|---|---|
| Terra Gene Webster  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ03564**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/30/2021 at 1100  ☒ AM ☐ PM

   or

   The defendant was arrested in the Central District of California on 07/30/2021 at 1100  ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:

   18 U.S.C. §§ 1591(a), 1591(b)(1) and 2423(a)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 2002

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: No

10. Remarks (if any): N/A

11. Name: Dwight Min  (please print)

12. Office Phone Number: 5622336134

13. Agency: Homeland Security Investigations

14. Signature: _____

15. Date: 07/30/2021

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION