AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED
2021 AUG -2 PM 12:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____

United States of America
v.

Terra Gene "Yaya" Webster
*Defendant*

Case No. 20-9254-002 MJ

21MJ03564

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Terra Gene "Yaya" Webster,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1591(a), 1591(b)(1) and 2423(a)

Date: 09/15/2020

*Issuing officer's signature*

City and state: Phoenix, Arizona

United States Magistrate Judge Eileen S. Willett
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

*Arresting officer's signature*

*Printed name and title*